FILED
October 02, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D20

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Mark Allen | **Case No :** | 09-36490 - B - 13 J |
| | | **Date :** | 9/29/09 |
| | | **Time :** | 09:32 |

| | |
|---|---|
| **Matter :** | [13] - Motion/Application to Value Collateral of EMC Mortgage Corporation [DBJ-1] Filed by Debtor Mark Allen (sjas) |
| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sheryl Arnold |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion to value collateral pursuant to Fed. R. Bankr. P. 3012 and 11 U.S.C. § 506(a), is granted. $0.00 of EMC Mortgage Corporation's claim secured by the second deed of trust on real property located at 83 Marless Lane, Paradise, CA ("Property") is a secured claim, and the balance of its claim is an unsecured claim.

Dated: October 02, 2009

_____
Thomas C. Holman
United States Bankruptcy Judge